FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 APR 23  PM 1:

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DONTAE CARTAVIS ROUNDTREE,

    Petitioner,

v.                                         CIVIL ACTION NO.: CV613-031

STATE OF GEORGIA,

    Respondent.

## ORDER

Petitioner, Dontae Cartavis Roundtree, an inmate at the Federal Correctional Institution in Talladega, Alabama, forwarded to the Clerk of this Court a petition for writ of habeas corpus relief. Roundtree's petition is captioned for filing in the Superior Court of Bulloch County, Georgia, and was filed pursuant to "O.C.G.A. § 9-14-1, et. Section 17-10-10 (GCA § 27-2510)." Rountree seeks to have a sentence imposed by the Bulloch County Superior Court run concurrently with his sentence imposed by this court. Roundtree does not appear to seek federal habeas relief. Accordingly, this case is **DISMISSED** without prejudice. The Clerk is authorized and directed to refund the $5.00 filing fee paid by Petitioner.

**SO ORDERED**, this 23 day of April, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)