AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Dontae Cartavis Roundtree

### JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: CV613-31

State of Georgia

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated April 23, 2013, this case is dismissed without prejudice. This action stands closed.

| | |
|---|---|
| April 23, 2013 | Scott L. Poff |
| *Date* | *Clerk* |
| | |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03