# United States District Court
## Southern District of Georgia

Dontae Cartavis Roundtree

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV613-31

State of Georgia

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated April 23, 2013, this case is dismissed without prejudice. This action stands closed.

April 23, 2013
Date

Scott L. Poff
Clerk

(By) Deputy Clerk